JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | 2:25-cv-01604-CV (PDx) | Date | February 20, 2026 |
|---|---|---|---|

Title   *Xiaohong Hu v. United States Citizenship and Immigration Services, et al.*

Present: The Honorable   Cynthia Valenzuela, United States District Judge

| Jessica Cortes | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION [9]**

On December 23, 2025, the Court Ordered Plaintiff to Show Cause in writing by January 9, 2026 why the action should not be dismissed for lack of prosecution. Doc. # 9 ("OSC"). Plaintiff did not file a response. Accordingly, the Court DISMISSES this action without prejudice. The OSC is DISCHARGED.

**IT IS SO ORDERED.**